

Sprightful Solar

+1 352 888 6042

solar@sprightful.com

sprightful.com

# Solar Technician

Let's keep it simple. This work offer is for

## Pedro Benavides

**Description |**

Sprightful is on a mission to make solar accessible to everyone.  We believe everyone can

benefit from solar energy, and that by bringing more people on board the renewable energy

revolution we'll help create the momentum needed to avoid a global climate crisis. Pedro is

tasked with aiding with the installation and maintenance of Sprightful's solar projects.

**Compensation |**

Compensation: $40,000/year salary

1 year bonus: $40,000 (Activates after 1 year of continuous employment at Sprightful)

*Signature*

Pablo Corredor
(on behalf of
Sprightful Solar)