UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60443-DAMIAN/VALLE

PEDRO BENAVIDES,

    Plaintiff,

vs.

SPRIGHTFUL SOLAR
INSTALLATIONS, LLC AND
PABLO CORREDOR,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Pedro Benavides, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 21st day of March 2024.

                                                          s/Patrick Brooks LaRou, Esq.
                                                          Patrick Brooks LaRou, Esq.
                                                          Florida Bar No. 1039018
                                                          brooks@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue, Suite 770
                                                          Coral Gables, Florida 33146
                                                          Telephone: (305) 230-4884
                                                          *Counsel for Plaintiff*