UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60443-DAMIAN/VALLE

PEDRO BENAVIDES,

    Plaintiff,

vs.

SPRIGHTFUL SOLAR
INSTALLATIONS, LLC AND
PABLO CORREDOR,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, SPRIGHTFUL SOLAR INSTALLATIONS, LLC**

    Plaintiff, Pedro Benavides files the Return of Service on Defendant, SPRIGHTFUL SOLAR INSTALLATIONS, LLC (served on April 12, 2024).

    Dated this 16th day of April 2024.

                                                      s/Brian H. Pollock, Esq.
                                                      Brian H. Pollock, Esq.
                                                      Fla. Bar No. 174742
                                                      brian@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Avenue
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel:    305.230.4884
                                                      *Counsel for Plaintiff*