## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:24-CV-60443

Plaintiff:
**PEDRO BENAVIDES**

vs.

Defendant:
**SPRIGHTFUL SOLAR INSTALLATIONS, LLC AND PABLO CORREDOR**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 10th day of April, 2024 at 12:46 pm to be served on **Sprightful Solar Installations, LLC c/o PABLO CORREDOR, its Registered Agent, 2820 SW 38 Court, Miami, FL 33134**.

I, Stefany Camejo, do hereby affirm that on the **12th day of April, 2024** at **1:33 pm, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Pablo Corredor** as **Registered Agent** for **Sprightful Solar Installations, LLC**, at the address of: **2820 SW 38 Court, Miami, FL 33134**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 165, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024000545

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r