**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE No.: 24-cv-60443-MD**

PEDRO BENAVIDES

    Plaintiff,

v.

SPRIGHTFUL SOLAR INSTALLATIONS LLC
and PABLO CORREDOR

    Defendants.                                        /

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney, **DANA M. GALLUP**, of **GALLUP AUERBACH**, hereby gives notice of his appearance representing Defendants, **SPRIGHTFUL SOLAR INSTALLATIONS LLC and PABLO CORREDOR,** and hereby requests that all pleadings, notices, correspondence, and other documents pertaining to the captioned matter directed to Plaintiff be served upon the undersigned.

Respectfully submitted,

**GALLUP AUERBACH**
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone:     (954) 894-3035
Facsimile:       (754) 200-2836
E-mail: dgallup@gallup-law.com

By:     */s/ Dana M. Gallup*
    Dana M. Gallup
    Fla. Bar No.: 949329
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By:   */s/ Dana M. Gallup*
           Dana M. Gallup
           Fla. Bar No.: 949329

GALLUP Auerbach • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web:  gallup-law.com

<u>**SERVICE LIST**</u>
**Benavides v. Sprightful Solar Installations LLC et al**
**Case #: 24-cv-60443-MD**

Briah H. Pollock, Esq.
Fla Bar #: 174742

Fairlaw Firm
135 San Remo Avenue
Suite 770
Coral Gables, FL 33146

Tel: 305-230-4884

Email: brian@fairlawattorney.com

*Via CM-ECF*