UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60443-DAMIAN/VALLE

PEDRO BENAVIDES,

    Plaintiff,

vs.

SPRIGHTFUL SOLAR
INSTALLATIONS, LLC and
PABLO CORREDOR,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 6]**

Plaintiff, Pedro Benavides, by and through his undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order [ECF No. 6] by serving Defendants with a copy of the Court's Order, Plaintiff's Statement of Claim [ECF No. 9], and all documents supporting Plaintiff's claims by email to Defendants' counsel on May 2, 2024.

Respectfully submitted this 3rd day of May 2024.

                                                s/ Patrick Brooks LaRou
                                                Brian H. Pollock, Esq.
                                                Florida Bar No. 174742
                                                brian@fairlawattorney.com
                                                Patrick Brooks LaRou, Esq.
                                                Florida Bar No. 1039018
                                                brooks@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue, Suite 770
                                                Coral Gables, Florida 33146
                                                Telephone: (305) 230-4884
                                                *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*