UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60443-DAMIAN/VALLE

PEDRO BENAVIDES,

    Plaintiff,

vs.

SPRIGHTFUL SOLAR
INSTALLATIONS, LLC AND
PABLO CORREDOR,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Pedro Benavides, notifies the Court that the parties jointly advised they have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 20th day of May 2024.

                                               Brian H. Pollock, Esq.
                                               Brian H. Pollock, Esq. (174742)
                                               brian@fairlawattorney.com
                                               **FAIRLAW FIRM**
                                               135 San Lorenzo Avenue
                                               Suite 770
                                               Coral Gables, FL 33146
                                               Tel:   305.230.4884
                                               *Counsel for Plaintiff*