UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60443-CIV-DAMIAN

**PEDRO BENAVIDES**,

    Plaintiff,

v.

**SPRIGHTFUL SOLAR INSTALLATIONS, LLC
and PABLO CORREDOR**,

    Defendants.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement [ECF No. 16], filed on May 20, 2024, indicating the parties have reached an agreement to resolve all issues in this matter. The Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

    4.    Any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 21st day of May, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record