UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60443-CIV-DAMIAN

PEDRO BENAVIDES,

     Plaintiff,

v.

SPRIGHTFUL SOLAR INSTALLATIONS, LLC
and PABLO CORREDOR,

     Defendants.

_____/

ORDER REQUIRING SUBMISSION OF
SETTLEMENT AGREEMENT FOR COURT APPROVAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Settlement [ECF No. 16],

filed May 20, 2024. In the Notice, Plaintiff indicates the parties have reached a settlement of

all claims in this case and are in the process of finalizing their written settlement agreement.

As this is a Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, case for

alleged minimum wage violations, the parties' settlement agreement requires Court review

and approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir.

1982). The two circumstances in which FLSA claims may be compromised are claims that

are: (1) supervised by the Secretary of Labor, pursuant to 29 U.S.C. § 216(c); and (2) when a

court reviews and approves a settlement in a private action for back wages under 29 U.S.C.

§ 216(b). *See id.* Before a court may approve a compromised settlement, it must scrutinize

the settlement to determine whether it is a fair and reasonable resolution of a bona fide

dispute. *See id.* at 1354–55. In contrast, where a plaintiff is offered full compensation on his

or her FLSA claim, no compromise is involved, and therefore, judicial approval is not

required. *See Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003).

The parties are therefore instructed to submit by **August 5, 2024**, for the Court's review and approval, their proposed settlement, should the Plaintiff not have been offered full compensation on the FLSA claim filed. Where a settlement must be approved by the Court, the settlement becomes a part of the judicial record, and therefore, may not be deemed confidential even if the parties so consent. *See, e.g.*, *Jessup v. Luther*, 277 F.3d 926 (7th Cir. 2002) (noting that even when a settlement is entered into the court's file under seal it becomes part of the judicial record). Accordingly, the parties are not to submit their settlement agreement under seal.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of July, 2024.

 

 

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2