UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60443-DAMIAN/VALLE

PEDRO BENAVIDES,

    Plaintiff,

vs.

SPRIGHTFUL SOLAR
INSTALLATIONS, LLC AND
PABLO CORREDOR,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

**THIS CAUSE** having been heard on the Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED.**
2. The Settlement Agreement is **APPROVED**.
3. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.
4. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.
5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
6. The Court shall retain jurisdiction over this case for 18 months to enforce the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Chambers at Miami, Florida this \_\_\_\_ day of May 2024.

                                              _____
                                              MELISSA DAMIAN
                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
*Counsel of record by CM/ECF*