UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-60443-CIV-DAMIAN

**PEDRO BENAVIDES**,

    Plaintiff,

vs.

**SPRIGHTFUL SOLAR INSTALLATIONS,
LLC, and PABLO CORREDOR**,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Amended Joint Motion for Settlement Approval and Dismissal With Prejudice [ECF No. 21] (the "Joint Motion"), filed August 9, 2024. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees and costs, the Court finds that settlement of this action is fair and reasonable and that the requested attorney's fees and costs, which were negotiated separate and apart, are fair and reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Joint Motion **[ECF No. 21]** is **GRANTED**.

    2.    The Settlement Agreement and Mutual General Release [ECF No. 21-1] between Plaintiff, Pedro Benavides, and Defendants, Sprightful Solar Installations, LLC, and Pablo Corredor, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and any pending motions are **DENIED AS MOOT**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and Mutual General Release.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 14th day of August, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record